# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**KIMBERLY L. REED**                                                                                      **PLAINTIFF**

v.                                    No. 4:16-CV-00042-JM-JTK

**NANCY A. BERRYHILL,**
**Acting Commissioner,**
**Social Security Administration**                                                                **DEFENDANT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge Jerome Kearney. No objections have been filed. After careful consideration, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS THEREFORE ORDERED THAT the Commissioner's decision is AFFIRMED, and Plaintiff Kimberly Reed's Complaint (*Doc. 2*) is DISMISSED with prejudice.

DATED this 3rd day of April, 2017.

_____
UNITED STATES DISTRICT JUDGE